UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAVARY TREYMAYNE TRIGG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-1962-B-BN |
| | § | |
| FREDDY WIGINTON, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court is the Magistrate Judge's Findings, Conclusions, and Recommendation (doc. 81) on Defendants' Second Motion for Summary Judgment (doc. 69). Both parties have failed to object to the Magistrate Judge's findings and recommendation within fourteen days as proscribed by Fed. R. Civ. P. 72(b)(2). In the absence of objections, the Court reviews the Magistrate Judge's finding and recommendations for clear error. Fed. R. Civ. P. 72(b)(3), Advisory Committee Notes, 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Findings, Conclusions, and Recommendation are correct and free of clear error. It is therefore **ORDERED** that the Findings, Conclusions and Recommendation of the United States Magistrate Judge (doc. 81) are **ACCEPTED**.

Accordingly, Defendants' Second Motion for Summary Judgment (doc. 69) is **DENIED**.

SO ORDERED.

SIGNED: January 18, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE